No. 79–1316. ESTELLE, CORRECTIONS DIRECTOR *v.* PASSMORE; and

No. 79–6138. PASSMORE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Reported below: 594 F. 2d 115 and 607 F. 2d 662.

No. 79–1321. JAIN *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. 

No. 79–1323. QUINONES ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 79–1326. HESS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 79–1334. HAYDEN ET UX. *v.* NATIONAL SECURITY AGENCY/CENTRAL SECURITY SERVICE ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 79–1365. DEPARTMENT OF ENERGY ET AL. *v.* MOBIL OIL CORP. Temp. Emerg. Ct. App. Certiorari denied. 

No. 79–1391. BAGNELL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–1398. LERMAN *v.* INHABITANTS OF THE CITY OF PORTLAND. Sup. Jud. Ct. Me. Certiorari denied. 

No. 79–1402. YOUNG ET AL. *v.* DISTINCTIVE DEVICES, INC. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 79–1403. PEREZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 79–1407. GRIFFIN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.